IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS,
MARSHALL DIVISION

| | | |
|---|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, ET. AL. | § § § | |
| vs. | § § § | CIVIL NO. 2:03-CV-354 CONSOLIDATED |
| RICK PERRY, GOVERNOR OF TEXAS, ET. AL. | § § | |

ORDER REGARDING 2006 SPECIAL ELECTIONS FOR REDRAWN CONGRESSIONAL
VOTING DISTRICTS

Pursuant to the Supreme Court's remand order of June 28, 2006 and this Court's opinion of August 4, 2006, this Court adopts Plan 1438C, which redraws congressional voting districts 15, 21, 23, 25, and 28. A map showing the redrawn districts in Plan 1438C is attached to this Order as Appendix A. The boundaries of those districts are amended as described in Appendix B. The statistical package for Plan 1438C is attached as Appendix C.

For the redrawn congressional districts, the Court ORDERS that special elections for the office of United States representative for the 110th Congress be held under section 204.021 of the Texas Election Code in conjunction with the November 7, 2006 general election. The following schedule governs:

August 25, 2006: deadline for open filing for seats in Congress and for all congressional candidates, including write-in candidates, to declare their candidacy and for independent candidates to file petitions.

September 6, 2006: deadline for the Secretary of State to certify the names of candidates for the ballot for the November 2006 special elections in the redrawn districts.

November 7, 2006: the special election for the redrawn districts will be held in conjunction with the general election.

The Secretary of State will set a date to canvass the special election results and order a runoff election in any district in which no candidate receives over 50% of the votes.

The Secretary of State will set a date for the required runoff elections. All runoff elections must occur on the same date.

Unless otherwise specified, the applicable provisions of the Texas Election Code, the Help America Vote Act, and any other applicable state and federal election laws will govern the regular and special elections.

The Secretary of State is to instruct election officials in the redrawn congressional districts to prepare the ballots in a way that will minimize voter confusion and allow all properly cast votes to be counted, recognizing that different counties use different machines to record votes and that there may be more than one candidate from a single party in a district.

The boundaries of congressional districts 15, 21, 23, 25, and 28 are redrawn; all other congressional districts as enacted by Chapter 2, Acts of the Texas Legislature, 3rd Called Session, 2003,

remain unchanged.

All relief not specifically granted is denied.

Signed this fourth day of August, 2006.

_____
PATRICK E. HIGGINBOTHAM
UNITED STATES CIRCUIT JUDGE

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE