# Exhibit 8

Case 2:03-cv-00354-TJW   Document 366   Filed 12/01/06   Page 2 of 2 PageID #: 5830



**BEXAR COUNTY ELECTIONS OFFICE**
203 W. NUEVA, SAN ANTONIO, TEXAS 78207
(210) 335-0362

# NEWS

**For Release:** Wednesday, November 29, 2006     **Contact:** Yvonne Escamilla 210/335-2441

## Early Voting for December 12th Run Off Election Will Begin December 4th per the Secretary of State

Earlier today, Ann McGeehan, the Director of Elections for the Texas Secretary of State, notified Bexar County Election Administrator Jacquelyn Callanen that weekend early voting is not an option for the December 12, 2006 special runoff election in Congressional District 23.

Ms McGeehan said, "Section 85.006 of the Texas Election Code provides for voting on a Saturday or Sunday only if a Saturday or Sunday falls within the early voting period." Since there was no Saturday or Sunday date contained in the Governor's election order, there was no option to accept a petition requesting weekend voting.

Bexar County District Attorney Susan Reed agreed with the Secretary of State's guidance and directed Callanen to follow the State's counsel. Therefore, the early voting period for the runoff election will be December 4, 2006 through Friday, December 8, 2006, as originally ordered by the Texas Governor and Texas Secretary of State.

"We were hoping to give voters more time to go to the polls," said Ms Callanen, Elections Administrator, "but of course we will follow the law to the letter."

Early voting locations will be open on Monday, Tuesday and Wednesday, December 4th, 5th and 6th, from 8 a.m. to 6 p.m. On Thursday and Friday, December 7th and 8th, the early voting locations will be open from 8 a.m. to 8 p.m. Call 335-0362 for more information.

###