IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LEAGUE OF UNITED LATIN AMERICAN CITIZENS, ET AL. | ' ' ' |
| Vs. | ' CIVIL NO. 2:03-CV-354 ' CONSOLIDATED |
| RICK PERRY, GOVERNOR OF TEXAS, ET AL. | ' ' |

## ORDER

The Court orders that the early-voting period for the December 12, 2006, special runoff election for Congressional District 23 shall begin on Saturday, December 2, 2006, and extend through Friday, December 8, 2006. Counties within the district shall have discretion whether to hold weekend voting on Saturday, December 2, 2006 and Sunday, December 3, 2006 as provided under Texas Election Code §85.006 and §85.007. For purposes of this special runoff congressional election, the 72-hour posting requirement of Texas Election Code §85.007(c) is suspended.

SIGNED this 1st day of December, 2006.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

1